| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON COURT |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. |

THERESA OKERSON

    VS.

KOHL'S, INC.

## **COMPLAINT FOR DAMAGES**

    Comes now the plaintiff, Theresa Okerson, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Kohl's, Inc., alleges and says:

    1.    That on or about October 8, 2021, the plaintiff, Theresa Okerson, was a customer at the Kohl's store located at 2005 East Greyhound Pass in Carmel, Hamilton County, Indiana.

    2.    That on or about October 8, 2021, the plaintiff, Theresa Okerson, tripped and fell due to unsafe conditions existing at the time at the entrance to said location, causing the plaintiff to suffer serious injuries.

    3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

    4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

    5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

    6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

    7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses, lost wages and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Dean J. Arnold*
Dean J. Arnold, #14762-56
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: deana@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE

BY:    *s/ Dean J. Arnold*
        Dean J. Arnold, #14762-56
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: deana@kennunn.com

Dean J. Arnold, #14762-56
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

# APPEARANCE FORM (CIVIL)
## Initiating Party

|   |   |   |
|---|---|---|
|   | CAUSE NO: |   |
| 1. | Name of first initiating party | Theresa Okerson<br>1114 Northfield Lane<br>Anderson, IN  46011 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Dean J. Arnold #14762-56<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:        812 332-9451<br>FAX:              812 331-5321<br>Email:  deana@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules |   |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

    s/Dean J. Arnold_____
    Attorney-at-Law
    (Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF HAMILTON
STATE OF INDIANA
GOVERNMENT & JUDICIAL CENTER, ONE HAMILTON COUNTY SQUARE
NOBLESVILLE, INDIANA  46060
TELEPHONE: 317 776-9630

Theresa Okerson

                            Plaintiff(s)

VS.                                      No.

Kohl's, Inc.

                            Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Kohl's, Inc., c/o Corporate Creations Network, Inc., 8520 Allison Pointe Boulevard #220, Indianapolis, IN 46250**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 2/4/2022

_Kathy Kreag Williams_
CLERK, HAMILTON CIRCUIT/SUPERIOR COURTS

DEAN J. ARNOLD, #14762-56
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2022.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX    By certified or registered mail with return receipt to above address.

☐    By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐    By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐    By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:   _s/ DEAN J. ARNOLD_
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2022.

                                                                       C LERK, HAMILTON
                                         CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2022, and that a copy of the return of receipt was received by me on the __ day of _____, 2022, which copy is attached herewith.

                                                                       C LERK, HAMILTON
                                         CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of Hamilton County, Indiana.

    Dated this __ day of _____, 2022.

                                                                        C LERK, HAMILTON
                                         CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2022, and I served the same on the __ day of _____, 2022.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ t he dwelling house or usual place of abode of defendant: _____ (Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2022 to _____ h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____.
5. Defendant cannot be found in my bailwick and summons was not served.

    And I now return this writ this __ day of _____, 2022.

                                                                       SHER IFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the __ day of _____, 2 022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2 022 for each of the within named defendant(s) _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ a nd by mailing a copy of the summons without the complaint to _____ a t _____ t he last known address of defendant(s).

    All done in Hamilton County, Indiana.

Fees: $_____                                                _____ SHER IFF or DEPUTY

99490.13

| | |
|---|---|
| STATE OF INDIANA | IN HAMILTON SUPERIOR COURT NO. 2 |
| COUNTY OF HAMILTON | CAUSE NO.: 29D02-2202-CT-00848 |

THERESA OKERSON,

    Plaintiff,

v.

KOHL'S, INC.,

    Defendant.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

1.     The party on whose behalf this form is being filed is: Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

### KOHL'S, INC.

2.     Attorney information for service as required by Trial Rule 5(B)(2):

    Matthew J. Jankowski      Atty. No. 20972-49
    KOPKA PINKUS DOLIN PC      Telephone: 317-818-1360
    550 Congressional Blvd., Suite 310      Facsimile: 317-818-1390
    Carmel, IN 46032      Email: mjjankowski@kopkalaw.com

**IMPORTANT**: Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a civil tort case type as defined in administrative Rule 8(B)(3)

4. I will accept service by:
   Fax at the above noted number:  NO
   Email at the above noted address:  YES

5. This case involves child support issues:  NO

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7. This case involves a petition for involuntary commitment:  NO

8. Are there related cases:  NO

9. Additional information required by local rule:  NONE

10. Are there other party members:  NO

11. This form has been served on all other parties and Certificate of Service is attached:  YES

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: */s/ Matthew J. Jankowski*
Matthew J. Jankowski (#20972-49)
Attorney for Kohl's, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Dean J. Arnold
Ken Nunn Law Office
104 S. Franklin Rd.
Bloomington, IN  47404

/s/ Matthew J. Jankowski


KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:    (317) 818-1390
Email: MJJankowski@kopkalaw.com

3

99490.14

| STATE OF INDIANA | IN HAMILTON SUPERIOR COURT NO. 2 |
|---|---|
| COUNTY OF HAMILTON | CAUSE NO.: 29D02-2202-CT-00848 |

THERESA OKERSON,

    Plaintiff,

v.

KOHL'S, INC.,

    Defendant.

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Kohl's, Inc., by counsel, Matthew J. Jankowski of Kopka Pinkus Dolin PC, for its Motion for Extension of Time, states:

1. Defendant Kohl's, Inc., was served with a copy of the complaint and summons on February 11, 2022.

2. Defendant's answer is therefore due for filing with this Court on March 7, 2022. Such time has not yet expired.

3. No prior extensions have been requested.

4. Defendant and its undersigned counsel require an additional thirty (30) days to properly investigate the allegations in Plaintiff's Complaint, so that an adequate response may be formulated, prepared and filed with the Court by counsel.

5. Such enlargement of time shall expire on April 6, 2022.

6. This Motion is made in good faith and not for the purpose of delay.

7. Plaintiff's counsel was contacted regarding this motion; however, it is not known if he objects.

**WHEREFORE,** Defendant, Kohl's, Inc., respectfully requests an extension of thirty (30)

1

days, to and including April 6, 2022 to answer or otherwise respond to Plaintiff's Complaint, and all other just and proper relief.

                                        Respectfully Submitted,

                                        KOPKA PINKUS DOLIN PC

                                        By:   */s/ Matthew J. Jankowski*
                                              Matthew J. Jankowski (#20972-49)
                                              Attorney for Kohl's, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of February, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Dean J. Arnold
Ken Nunn Law Office
104 S. Franklin Rd.
Bloomington, IN  47404

                                          */s/ Matthew J. Jankowski*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:   (317) 818-1390
Email: MJJankowski@kopkalaw.com



Mailer: Ken Nunn Law Office

Date Produced: 02/14/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8365 6781 06. Our records indicate that this item was delivered on 02/11/2022 at 11:11 a.m. in INDIANAPOLIS, IN 46250. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

KOHLS INC
C/O: CORPORATE CREATIONS NETWORK INC
STE 220
8520 ALLISON POINTE BLVD
INDIANAPOLIS IN 46250-4299

Customer Reference Number:      C3213782.18693513
Return Reference Number         Theresa Okerson

USPS MAIL PIECE TRACKING NUMBER:   420462509214890194038365678106
MAILING DATE:        02/07/2022
DELIVERED DATE:   02/11/2022
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

   KOHLS INC
   C/O: CORPORATE CREATIONS NETWORK INC
   STE 220
   8520 ALLISON POINTE BLVD
   INDIANAPOLIS IN 46250-4299


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 02/07/2022 13:52 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 02/09/2022 07:35 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 02/09/2022 08:50 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 02/10/2022 00:48 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 02/11/2022 11:11 | DELIVERED FRONT DESK/RECEPTION/MAIL ROOM | INDIANAPOLIS,IN 46250 |

99490.16

| | |
|---|---|
| STATE OF INDIANA | IN HAMILTON SUPERIOR COURT NO. 2 |
| COUNTY OF HAMILTON | CAUSE NO.: 29D02-2202-CT-00848 |

THERESA OKERSON,

    Plaintiff,

v.

KOHL'S, INC.,

    Defendant.

**FILED**
February 22, 2022
CLERK OF THE HAMILTON
CIRCUIT COURT

### ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Kohl's, Inc. by counsel, files with the Court its Motion for Extension of time to Respond to Plaintiff's Complaint.

The Court being duly advised now GRANTS said motion and ORDERS that Defendant shall have to and including April 6, 2022 to file an answer to Plaintiff's Complaint.

SO ORDERED: **February 18, 2022**

_____
Hon. Jonathan M. Brown, Judge
Hamilton Superior Court No. 2

Distribution to parties via IEFS

2/22/22 js